Flom *v.* Bell, Appellant.

Argued November 10, 1971.
*William C. Walker,* with him *James P. McKenna, Jr.,*
and *Dickie, McCamey & Chilcote,* for appellant; *Sam-*

*uel J. Reich,* with him *Cooper, Schwartz, Diamond & Reich,* for appellee.

Order affirmed.

SPAULDING, J., absent.